# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASCENSION PARISH GOVERNMENT
AND KENNETH MATASSA

VERSUS

BERKLEY INSURANCE COMPANY
AND HARRY ROBERT INSURANCE
AGENCY, INC.

NO.  2020 CW 0836

CONSOLIDATED WITH

NO. 2020 CW 0843

**DECEMBER 14, 2020**

---

In Re:   Berkley Insurance Company and Ascension Parish Government and Kenneth Matassa, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 125859.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT GRANTED IN PART; DENIED IN PART.**  The portion of the district court's July 15, 2020 judgment that granted the Cross-Motion for Summary Judgment filed by Berkley Insurance Company in part and dismissed the bad faith insurer claims asserted by Plaintiffs, Ascension Parish Government and Kenneth Matassa ("Plaintiffs"), is hereby reversed.  Whether an insurer's action was arbitrary, capricious, or without probable cause is a fact issue.  See **Louisiana Bag Co., Inc. v. Audubon Indemn. Co.,** 2008-453 (La. 12/2/08), 999 So.2d 1104, 1120.  We find Plaintiffs demonstrated a genuine issue of material fact as to whether Berkley Insurance Company was arbitrary or capricious in denying their claim.  Accordingly, the Cross-Motion for Summary Judgment filed by Berkley Insurance Company is denied as to the bad faith insurer claims asserted by Plaintiffs under La. R.S. 22:1973.  The writ application is denied as it relates to the issue of coverage under the Public Official, Employment Practices & Employee Benefits Liability insurance policy issued to Ascension Parish Government by Berkley Insurance Company.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT